UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VIS,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 2:21-cv-00009-JDP (SS)<br><br>ORDER MODIFYING SERVICE ORDER AND DIRECTING E-SERVICE<br><br>ECF No. 3 |

On January 13, 2021, the court granted plaintiff's motion to proceed *in forma pauperis* and directed plaintiff to submit service documents. ECF No. 3. On November 8, 2021, that order was returned as undeliverable. In the meantime, the court has implemented an E-Service program in Social Security Appeal cases. Thus, it is no longer necessary for plaintiff to submit service documents to the United States Marshal.

Accordingly:

1. The court's January 13, 2021 order, ECF No. 3, is modified to disregard the service directives therein.

2. The Clerk of the Court is directed to issue a summons for this case.

3.  In an action for judicial review filed by a single plaintiff solely against the Commissioner of Social Security Administration (defendant) that raise claims pursuant to 42 U.S.C. § 405(g) only, service on defendant shall proceed under the Court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:    November 10, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE