1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

KRISTOPHER VIS,

Plaintiff,

12

13

v.

14

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

15

Defendant.

16

17

Case No. 2:21-cv-00009-JDP (PS)

FINDINGS AND RECOMMENDATIONS
THAT THIS ACTION BE DISMISSED FOR
FAILURE TO PROSECUTE AND FAILURE
TO COMPLY WITH COURT ORDERS

OBJECTIONS DUE WITHIN FOURTEEN
DAYS

18    On June 30, 2022, defendant filed a motion to dismiss this case for lack of subject matter

19  jurisdiction and failure to state claim.  ECF No. 11.  Under the court's scheduling order, plaintiff

20  was required to file an opposition or statement of non-opposition to defendant's motion by July

21  14, 2022.  ECF No. 10.  Plaintiff failed to respond to defendant's motion by that date.

22  Accordingly, on September 8, 2022, I ordered him to show cause within fourteen days why this

23  action should not be dismissed for failure to comply with court orders.  ECF No. 14.  I notified

24  him that if he wished to continue with this lawsuit, he must file an opposition or statement of non-

25  opposition to defendant's motion.  I also warned plaintiff that failure to comply with the

26  September 8 order would result in a recommendation that this action be dismissed.  *Id*.

27    The deadline has passed, and plaintiff has not filed an opposition or statement of non-

28  opposition to defendant's motion nor otherwise responded to the September 8, 2022 order.

1

1    Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

2  United States District Judge to this case.

3    Further, it is RECOMMENDED that:

4    1. This action be dismissed for failure to prosecute and failure to comply with court

5  orders.

6    2. Defendant's motion to dismiss, ECF No. 11, be denied as moot.

7    3. The Clerk of Court be directed to close the case.

8    I submit these findings and recommendations to the district judge under 28 U.S.C.

9  § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,

10  Eastern District of California.  The parties may, within 14 days of the service of the findings and

11  recommendations, file written objections to the findings and recommendations with the court.

12  Such objections should be captioned "Objections to Magistrate Judge's Findings and

13  Recommendations."  The district judge will review the findings and recommendations under 28

14  U.S.C. § 636(b)(1)(C).

15

IT IS SO ORDERED.

16

17

Dated:    November 27, 2022    _____

18    JEREMY D. PETERSON
    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2