UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VIS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:21-cv-00009-TLN-JDP<br><br>**ORDER** |

Plaintiff filed a Complaint under 42 U.S.C. § 405(g), which provides for judicial review of final decisions of the Commissioner of Social Security. The mattered was referred to a United States Magistrate Judge under the Court's Local Rules.

On November 28, 2022, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed November 28, 2022, are ADOPTED IN FULL;

2. This action is DISMISSED for failure to prosecute and failure to comply with court orders;

3. Defendant's motion to dismiss (ECF No. 11) is denied as moot; and

4. The Clerk of Court is directed to close the case.

**DATED: January 30, 2023**

Troy L. Nunley
United States District Judge